UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIS JOHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>KATHLEEN ALLISON, et al.,<br><br>       Defendants. | No. 2:21-cv-0828 KJM KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a third amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 49) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

Dated: August 28, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/john0828.36(2)

1