IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELLIS E. JOHNSON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**S. GATES, et al. ,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:21-cv-00828-KJM-CSK P<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT** |

　　　　Pending before the court is defendant's motion to opt out of the post-screening ADR project. Good cause appearing, defendant's motion is granted.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Defendant's motion to opt out of the post-screening ADR project (ECF No. 62) is granted;

　　　　2. The stay of this action is lifted; and

　　　　3. Defendant shall file a response to plaintiff's third amended complaint within thirty days of the date of this order.

////

////

Dated:  April 15, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

John828.opt

2